FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 07 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 0045 LPR |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(e) |
| CRYSTAL DELEON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about September 6, 2022, the defendant,

CRYSTAL DELEON,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses committed on occasions different from one another:

1. Aggravated Robbery, Kidnapping, and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-14-2147;

2. Terroristic Threatening in the First Degree in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-12-112;

3. Residential Burglary in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-07-3712;

4. Possession of Firearms by Certain Persons and Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-07-115;

5. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-06-4847; and

6. Residential Burglary and Theft of Property in Pulaski County, Arkansas,

Circuit Court in Case Number 60CR-04-940.

B. On or about September 6, 2022, in the Eastern District of Arkansas, the defendant,

CRYSTAL DELEON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, model G2C, 9mm pistol, bearing serial number TLM82871, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, CRYSTAL DELEON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]